IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                     )<br>                        Plaintiff,        )<br>                                                     )<br>v.                                                 )<br>                                                     )<br>GERALD GRANT,                         )<br>                                                     )<br>                        Defendant.    ) | Case No. 4:05CR3105<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's motions to continue the deadline for filing pretrial motions from November 28, 2005, to December 12, 2005 and to continue his trial from December 5, 2005 for approximately 60 days , filing 18.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted in part.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than December 12, 2005.  The defendant's trial shall be continued until further order.  Review of the trial setting will occur after motions, if any, are resolved.

This Court further finds, based upon the showing set forth in defendant's motion, that the ends of justice will be served by extending the deadline for filing pretrial motions and continuing defendant's trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from November 21, 2005, until December 12, 2005 shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 23rd day of November, 2005.

                                                            BY THE COURT

                                                            s/ *David L. Piester*
                                                            David L. Piester
                                                            United States Magistrate Judge