IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD GRANT,<br><br>Defendant. | Case No. 4:05CR3105<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's motions to continue the deadline for filing pretrial motions from December 12, 2005, to December 19, 2005, filing 21. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than December 19, 2005.

This Court further finds, based upon the showing set forth in defendant's motion, that the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 12, 2005, until December 19, 2005, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 12th day of December, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge