IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                         Plaintiff,      )<br>                                                          )<br>            vs.                                   )<br>                                                          )<br>GERALD GRANT,                          )<br>                                                          )<br>                         Defendant.   ) | 4:05CR3105<br><br><br>ORDER |

       This matter comes before the Court on the plaintiff's Motion for Extension of Time, filing 26.

       IT IS ORDERED:

       The Court, being duly advised in the premises, finds that the Motion should be granted. The plaintiff is given until January 9, 2006 to file a response to the defendant's Motion to Suppress.

       Dated this 22nd day of December, 2005.

                                                   BY THE COURT

                                                   s/ *David L. Piester*

                                                   David L. Piester<br>
                                                   United States Magistrate Judge