IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GERALD GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the government's motion to extend the time in which it must file its objections to the Report and Recommendation until March 3, 2006. The defendant has no objection to the motion. I find that the motion should be granted.

IT IS ORDERED:

1. The motion in filing 30 is granted, and the government shall have until March 3, 2006 to file its objections to the pending Report and Recommendation; and

2. Based upon the showing set forth in the government's motion, the court finds that the ends of justice will be served by extending the deadline for the government's objections to the Report and Recommendation, and that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from the date of this order until March 3, 2006, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. 3161(h)(8)(A).

February 22, 2006.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge