```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3105 |
| v. ) | |
| ) | |
| GERALD GRANT, ) | |
| ) | ORDER |
| Defendant. ) | |

Pursuant to the memorandum and order of Hon. Richard G. Kopf, filing 34,

IT IS ORDERED:

An evidentiary hearing will be held April 5, 2006 at 1:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 23rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge