```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
                  Plaintiff,      )
                                  )            4:05CR3105
          v.                      )
                                  )
GERALD GRANT,                     )
                                  )               ORDER
                  Defendant.      )
                                  )
```

          IT IS ORDERED:

          Trial of this matter is continued until further order,
pending the evidentiary hearing before the undersigned magistrate
judge and entry of a supplemental report and recommendation
pursuant to the Memorandum and Order of the Honorable Richard G.
Kopf dated March 13, 2006, filing 34.

          DATED this 30th day of March, 2006.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge