IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GERALD GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Unopposed Motion for Extension of Time to File Brief (filing 44). The motion seeks a extension of time from May 4, 2006 to May 9, 2006 for filing a memorandum in support of the government's amended objection to the Magistrate Judge's supplemental Report and Recommendation. The Court, being fully advised in the premises, and noting that the defendant has no objection to said enlargement of time, finds that the government's motion (filing 44) should be granted, and that the defendant's response time should be extended until May 9, 2006.

IT IS THEREFORE ORDERED that the government shall file any memorandum in support of its amended objection to the Magistrate Judge's supplemental Report and Recommendation (filing 41) no later than May 9, 2006, and that the enlargement of time from May 4, 2006 through May 9, 2006 shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion).

May 4, 2006.                                          BY THE COURT:

                                                      *s/Richard G. Kopf*
                                                      United States District Judge