UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3105 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| GERALD GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 26th day of June, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On July 26, 2006, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252(a)(4)(B) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Gateway Computer, K7-950, serial number 0022871093, including all hard drives and disk drives contained in the computer processing unit was forfeited to the United States.

2. On May 10, 17 and 24, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of its to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on June 22, 2007 (Filing No. 76).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the a Gateway Computer, K7-950, serial number 0022871093, including all hard drives and disk drives contained in the computer processing unit, held by any person or entity, is hereby forever barred and foreclosed.

C. The Gateway Computer, K7-950, serial number 0022871093, including all hard drives and disk drives contained in the computer processing unit, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 26th day of June, 2007.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge